184 So. 913

### Tom FORD v. STATE.
### 4 Div. 440.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.